UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MELANIE M. BAGATTA,

                Plaintiff,

-v-

NANCY A. BERRYHILL,

                Defendant.
------------------------------------------------------------X

19 **CIVIL** 2047 (VSB)(DCF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 13, 2019, that the decision of the Commissioner of Social Security is reversed and that this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
         November 14, 2019

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**

                    **BY:**

                                              **Deputy Clerk**